IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CV3004 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT J. DAVIS, TINA L. DAVIS, and BLUE VALLEY COMMUNITY ACTION, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion to Confirm Sale, filing __17__.

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than September 8, 2006, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 12:00 p.m. on September 18, 2006, in Courtroom No. 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the following parties:

Tina L. Davis
----------------------
Seward, NE  68434-1344

Robert J. Davis
------------------------
Seward, NE  68434-1344

Gary W. Wall and Dorothy L. Wall
-----------------------
Holdrege, NE 68949


DATED: August 18, 2006.

                                      BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      RICHARD G. KOPF
                                      U.S. DISTRICT COURT JUDGE